IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| SUSAN ACREE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:05-CV-721-A |
| | § | |
| JOANNE B. BARNHART, | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY, | § | |
| | § | |
| Defendant. | § | |

ORDER

Came on for consideration the above-captioned action wherein Susan Acree is plaintiff and JoAnne B. Barnhart, Commissioner of Social Security, is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for disability insurance benefits under Title II and for supplemental security income benefits under Title XVI of the Social Security Act. On July 13, 2006, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation and granted the parties until August 3, 2006, in which to file and serve objections. Because timely objections have not been filed, the court accepts the proposed findings, conclusions, and recommendation of the United States Magistrate Judge. Therefore,

The court ORDERS that the decision of defendant that plaintiff is not entitled to disability insurance benefits under

Title II or to supplemental security income benefits under Title XVI be, and is hereby, affirmed.

SIGNED August 8, 2006.

_____
JOHN McBRYDE
United States District Judge